Case #
1:14-Cr-20017-KMW

Rodolfo Portela
V.
United States

FILED BY MC D.C.
SEP 27 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

MOTION TO WITHDRAW [CRDE 1682];
Motion to supplement

Your Honor I would like to ask the Court to please grant this motion to withdraw a prior motion I filed in March of 2021, Which Is [CRDE 1682]; Motion to supplement I No Longer wish to keep that motion nor tie-up your calender/docket.

Respectfully,
#04702-104
PORTELA Rodolfo
USP - P.O. BOX 2099
POLLOCK, LA, 71467

JEAN-MATE

G Portela 04703-104
State Penitentiary
2099 Pollock, LA



U.S. Court House
400 North Miami Ave.
MIA, FL.
33128